■ In the Matter of MARY GOOD, On Behalf of TOLLY DRISH, Respondent, v EDWARD HAMMOCK, as Chairman of the New York State Board of Parole, et al., Appellants.—Judgment unanimously affirmed and motion to vacate stay denied. (See *Matter of Good v Hammock,* 64 AD2d 1011.) (Appeal from judgment of Wyoming Supreme Court—art 78.) Present—Moule, J. P., Cardamone, Dillon, Hancock, Jr., and Schnepp, JJ.

■ In the Matter of MARY GOOD, On Behalf of DOUGLAS VAN LUVEN, Respondent, v EDWARD R. HAMMOCK, as Chairman of the New York State Board of Parole, et al., Appellants.—Judgment unanimously affirmed. Memorandum: A declaration of delinquency on relator's sentence for second degree assault was dismissed as a result of the failure of appellant Parole Board to hold a parole revocation hearing for over four years after the alleged violation occurred. Appellant contends that inasmuch as petitioner was incarcerated upon a subsequent conviction for third degree burglary during this period, a final revocation hearing was unnecessary. We disagree. It is settled that a parole violator is entitled to a prompt parole revocation hearing even when he is incarcerated because of a new conviction and that the failure to provide such a hearing requires a dismissal of the declaration of delinquency. *(People ex rel. Walsh v Vincent,* 40 NY2d 1049; *Matter of Beattie v New York State Bd. of Parole,* 39 NY2d 445; *Matter of Smith v Chairman of New York State Bd. of Parole,* 60 AD2d 775, affd 44 NY2d 982.) (Appeal from judgment of Wyoming Supreme Court—art 78.) Present—Moule, J. P., Cardamone, Dillon, Hancock, Jr., and Schnepp, JJ.